# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00096-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. DANIEL SPENCER,

    Defendant.

## MINUTE ORDER[1]

    A **Notice of Disposition** [#23][2] was filed on April 7, 2012. On **April 17, 2012**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set a change of plea hearing in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.