IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00096-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  DANIEL SPENCER,

    Defendant.

## MINUTE ORDER[1]

On May 16, 2012, counsel appeared in chambers to reset the change of plea hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1.  That on **June 4, 2012**, commencing at 9:00 a.m., the court shall conduct a change of plea hearing in this case; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: May 16, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.