**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00096-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. GEORGE SCHREIBER,

    Defendant.

---

**MINUTE ORDER**[1]

---

    A Notice of Disposition was filed June 22, 2012. On **July 2, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: June 25, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.