# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00096-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. RONALD FELIX,

    Defendant.

# ORDER

**Blackburn, J.**

The matter is before the court on the government's **Notice To Request Criminal Case No. 12-cr-00096-REB-04 Be Referred To Magistrate Judge** [#79][1] filed August 8, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that this matter should be referred to the duty magistrate judge for disposition of a misdemeanor plea.

**THEREFORE, IT IS ORDERED** as follows:

1. That the government's **Notice To Request Criminal Case No. 12-cr-00096-REB-04 Be Referred To Magistrate Judge** [#79] filed August 8, 2012, is **APPROVED**;

2. That **Defendant Felix's Notice of Disposition** [#76] filed July 12, 2012, is **REFERRED** to the duty magistrate for disposition of a misdemeanor plea; and

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That the Trial Preparation Conference set for Friday, August 10, 2012, at 3:00 p.m., and the jury trial set to commence August 13, 2012, are **VACATED**.

Dated August 8, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge